IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHELIA GRAY, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00052-MTT |
| | * |
| THE BOARD OF TRUSTEES OF THE GEORGIA MILITARY COLLEGE, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 13, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 14th day of September, 2023.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk